# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANWAR SHARIF ALI | Civil Action No. 15-2340 |
| v. | **FILED** |
| COMMONWEALTH OF PA., et al. | JAN 07 2016 |

MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

## ORDER

**AND NOW**, this 8th day of January 2016, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the response thereto, and the state court record, and upon review of the Report and Recommendation ("R & R") of United States Magistrate Judge Henry J. Perkin [Doc. No. 17], to which there were no objections despite the allowance of additional time to file objections, it is hereby **ORDERED** that:

1. The R & R [Doc. No. 17] is **APPROVED** and **ADOPTED** for the reasons set forth therein;

2. The Petition for Writ of Habeas Corpus is **DENIED** without prejudice and **DISMISSED** without an evidentiary hearing, for the reasons set forth in the well-reasoned R & R; and

3. There is no probable cause to issue a certificate of appealablity.

It is further **ORDERED** that:

1. Petitioner's Motion for Immediate Injunction [Doc. No. 4] is **DENIED** for the reasons set forth in the R & R; and

2. Petitioner's Motion to Stay/ Suspend [Doc. No. 5] is **DENIED** for the reasons set forth in the R & R.

The Clerk of Court is **DIRECTED** to mark this case closed for statistical purposes.

It is so **ORDERED**.

                                          **BY THE COURT:**

                                          **CYNTHIA M. RUFE, J.**